# EXHIBIT A

 Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
09/20/2022
CT Log Number 542345005

## Service of Process Transmittal Summary

**TO:**     RENEE SIMONTON
            RELX INC.
            1105 N MARKET ST STE 501
            WILMINGTON, DE 19801-1253

**RE:**     **Process Served in New Hampshire**

**FOR:**    LexisNexis Risk Solutions Inc.  (Domestic State: GA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

**TITLE OF ACTION:**            Hans Hug, JR vs. LexisNexis Risk Solutions Inc

**CASE #:**                     4352022SC00325

**PROCESS SERVED ON:**          C T Corporation System, Concord, NH

**DATE/METHOD OF SERVICE:**     By Non-Traceable Mail on 09/20/2022

**JURISDICTION SERVED:**        New Hampshire

**ACTION ITEMS:**               CT has retained the current log, Retain Date: 09/20/2022, Expected Purge Date:
                                09/25/2022

                                Image SOP

                                Email Notification,  RENEE SIMONTON  renee.simonton@relx.com

**REGISTERED AGENT CONTACT:**   C T Corporation System
                                2 1/2 Beacon Street
                                Concord, NH 03301
                                800-448-5350
                                MajorAccountTeam1@wolterskluwer.com

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

8793
**NH CIRCUIT COURT**
**Electronic Filing Center**
**1 Granite Place, Suite N400**
**Concord, NH 03301**




US POSTAGE ™ PITNEY BOWES

ZIP 03301 $ 000.81⁰
02 4W
0000379822 SEP. 19. 2022



# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
NH CIRCUIT COURT

10th Circuit - District Division - Brentwood
PO Box 1149
Kingston NH  03848-1149

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
https://www.courts.nh.gov

September 19, 2022

**CT CORPORATION**
**2 1/2 BEACON STREET**
**CONCORD NH  03301**

Case Name:     **Hans Hug, JR v. LexisNexis Risk Solutions Inc.**
Case Number:   **435-2022-SC-00325**

September 19, 2022
Date

LoriAnne Hensel
Clerk of Court

(1251001)
C: CT Corporation

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### NH CIRCUIT COURT

10th Circuit - District Division - Brentwood
PO Box 1149
Kingston NH  03848-1149

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
https://www.courts.nh.gov

## NOTICE TO DEFENDANT

Case Name:      **Hans Hug, JR v. LexisNexis Risk Solutions Inc.**
Case Number:    **435-2022-SC-00325**

You have been sent a Small Claim Complaint which serves as notice that this legal action has been filed against you in the Circuit Court.  Review the Small Claim Complaint to see the basis for the plaintiff's claim.

Each Defendant is required to file a Response with the court **on or before the Return Date** noted on the bottom of the Complaint.  You must file your Response electronically.  You may register and respond on any private or public computer.  For your convenience, there is also a computer available in the courthouse lobby.

If you are working with an attorney, s/he will guide you on the next steps.  If you are going to represent yourself in this action, go to the court's website: www.courts.nh.gov, select the e-File icon and then, under Circuit Court – Self-Represented Parties and other Non-Attorney Filers, select E-File/Resource/Case Access Information Here.

1. Click E-File Here (File Into Your Case) to enter the e-filing application.
2. If it is your first time filing, click Sign up and follow the prompts. Otherwise, enter your username and password and click Log In.
3. Select "*Small Claim*", and "*File into an Existing Case*".
4. Select your Circuit and Court location from the dropdown lists and click next.
5. Enter court case number **435-2022-SC-00325** and click Next.
6. When you find your case, click on the link and follow the instructions on the screens.  On the "*What Would You Like to File?*" screen, select "*Response to Small Claim*".  Follow the instructions to complete your filing.  Within your Response, you may request a hearing; agree that you owe the plaintiff; request a jury trial; file a counterclaim; or indicate that you have recently filed bankruptcy.
7. Review your Response before submitting it to the court. Be sure to click Submit.

NOTE: If you request a jury trial, or file a counterclaim the filing fee must be paid by the return date.

**IMPORTANT:** After receiving your response, the court will send notifications and court orders electronically to the email address you provide. Check your email frequently during your case.

If you wish, you may choose to pay the plaintiff (or plaintiff's attorney, if any) prior to the Return Date. However, you should be aware that the proceedings will continue unless the court receives a notice from the plaintiff that payment has been received.

**Failure to register and file a Response on or before the Return Date will result in a Default Judgment being entered against you.  The Default Judgment may include attorney's fees and other costs in addition to the original claim amount.**

The small claims process is governed by RSA Chapter 503.  In addition, a person who is filing or defending against a small claim will want to be familiar with the Rules of the District Division.  While there is a section within the District Division Rules that specifically deal with Small Claims, there are others which will be relevant to the small claims process. This information is also available on the court's website: www.courts.nh.gov

If you have questions regarding this process, please contact the court at 1-855-212-1234.

C: LexisNexis Risk Solutions Inc.

Filed
File Date: 8/18/2022 6:17 PM
10th Circuit - District Division - Brentwood
E-Filed Document

*For e-Filing only*

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
**http://www.courts.state.nh.us**

| | |
|---|---|
| Court Name: | 10th Circuit - District Division - Brentwood |
| Case Name: | Hans Hug, Jr v. LexisNexis Risk Solutions Inc. |
| Case Number: (if known) | 435-2022-SC-00325 |

## SMALL CLAIM COMPLAINT

Plaintiff name: Hans Hug, Jr

Residence address:

Street: 9 Myrtle Street

Mailing address: (if different):

Street: Po Box 580

City: Exeter

City: Exeter

State: NH        Zip code: 03833

State: NH        Zip code: 03833

Telephone: (cell) (617) 513-2778

E-mail: hhug@apache1.net

(home) (603) 778-8939

Date of birth: *Provide on Confidential Information Sheet* ☐ Check here if there are multiple Plaintiffs

**If filing on behalf of another individual or a business please see below, otherwise continue to Defendant Information.**

☐ **District Division Rule 1.3D Statement Attached** (This is required when filing on behalf of an individual or business in addition to the applicable authorization below.)

Type of Business/ 3rd Party: (If applicable)

| | |
|---|---|
| ☐ Corporation | ☐ Trust |
| ☐ Limited Liability Company | ☐ Partnership |
| ☐ Sole Proprietorship | ☐ Other |

Type of Authorization if filing on behalf of individual or business:

| | |
|---|---|
| ☐ Power of Attorney | ☐ Authorization signed by General Partner |
| ☐ Corporate Resolution (corporation) | ☐ Authorization signed by Trustee |
| ☐ Authorization signed by Member with Management Authority | ☐ Other |

Defendant name LexisNexis Risk Solutions Inc.

Residence address:

Street: 1000 Alderman Drive

Mailing address: (if different):

Street: 1105 N. Market Street S501

City: Alpharettta

City: Wilmington

State: GA        Zip code: 30005

State: DE        Zip code: 19801

Telephone: (888) 497-0011

☐ Check here if there are multiple Defendants

☐ **Military Statement Attached** (The court cannot issue a default judgment in the event of a default on the part of an individual defendant until the Military Statement has been filed.)

TurboCourt Form Set #7113999

Case Name: ___Hans Hug, Jr. v. LexisNexis Risk Solutions Inc.___

Case Number: 433-2022-SC-00323

**SMALL CLAIM COMPLAINT**

Type of Business: (If applicable) _____  ☒ Agent for Service: CT Corporation
_____
Name of agent

2 1/2 Beacon Street
_____
Address

Concord, NH 03301
_____
City                                                State        Zip code

Type of Business/ 3rd Party: (If applicable)

| ☒ Corporation | ☐ Trust |
|---|---|
| ☐ Limited Liability Company | ☐ Partnership |
| ☐ Sole Proprietorship | ☐ Other |

The Plaintiff claims that the Defendant owes the Plaintiff $ _2,400.00_____
Use this space to clearly state the business or other relationship between the plaintiff and defendant and how, when and where the claim arose:

[See Attachment 'Claim Description']
_____
_____
_____

Amount of Claim   $ _2,400.00_____ *

Filing Fee   $ _90.00_____

Total   $ _2,490.00_____

☐ Check here if this debt is from the extension of consumer credit and attach a Statement of Consumer Debt.

☐ Check here if this is a debt that was purchased from or assigned by a third party.

_____
Name of third party

**\*The maximum amount of a Small Claim action is $10,000.00**
**\*Claims in excess of $5,000.00 are subject to mandatory mediation**
**\*Claims over $1,500 entitle the defendant to request a jury trial**

Hans Hug, Jr                               /s/  /s/ Hans Hug, Jr                    8/18/22
Name of Filer                              Signature of Filer                       Date

                                          (617) 513-2778
Law Firm, if applicable    Bar ID # of attorney    Telephone

9 Myrtle Street                           hhug@apache1.net
Address                                    E-mail

Exeter, NH 03833
City                      State    Zip code

Court Use Only:

**Return Date:** ___October 19, 2022_____
This is the date by which the Defendant must file a response with the court or be defaulted. See separate Instructions to the Defendant.

Clerk's Notice
Document sent to parties
on  09/19/2022

NHJB-2370-De (06/04/2018)                  Page 2 of 2

Attachment Page __1__ (of __1__ )

To <u>Small Claims Complaint</u>

---

**Claim Description**

Plaintiff had "frozen" all consumer and credit files as provided for under N.H. State Freeze law (359-B:22) & Federal Freeze law (the Fair Credit Reporting Act/FCRA). Defendant LexisNexis wilfully and illegally removed the freeze from my file resulting in a data breach in November 2020. (8) Certified letters to LexisNexis have been ignored. Plaintiff will likely amend Complaint to reflect maximum damages allowed under the law. Plaintiff seeks $2,400.00 plus treble damages for Wilfull and illegal actions, Emotional Distress, Attorney Fees, Interest, Court Costs and time lost from employment to deal with them.

---

If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.

Filed
File Date: 8/18/2022 6:17 PM
10th Circuit - District Division - Brentwood
E-Filed Document

*For e-Filing only*

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
**http://www.courts.state.nh.us**

Court Name: **10th Circuit - District Division - Brentwood**

Case Name: **Hans Hug, Jr v. LexisNexis Risk Solutions Inc.**

Case Number: 435-2022-SC-00325
(if known)

# CONFIDENTIAL INFORMATION SHEET FOR
# ELECTRONICALLY FILED CASES

FOR USE WHEN: This Sheet is required to be filed with any document, or up to four (4) documents <u>filed on the same date,</u> from which confidential information has been omitted (left blank) pursuant to Rule 12(c) of the New Hampshire Circuit Court – Electronic Filing Pilot Rules.  For further guidance, see Instructions for the Electronic Filing of Confidential Information.

Date: **8/18/22**

Name of person filing this Confidential Information Sheet: **Hans Hug, Jr**

Names of document(s) from which confidential information has been omitted:

**Small Claim Complaint**

Name of Document                                           Name of Document

Name of Document                                           Name of Document

**A. Date of Birth** – Dates of birth are required in some cases.  Rule 12(c) requires you to include dates of birth of the parties on this sheet.

| Name | Date of birth |
|---|---|
| **Hans Hug, Jr** | **05/02/1954** |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

TurboCourt.com Form Set #7113999

**Case Name:** Hans Hug, Jr v. LexisNexis Risk Solutions Inc ~~455-2022-SC-00325~~

**Case Number:** _____

CONFIDENTIAL INFORMATION SHEET FOR ELECTRONICALLY FILED CASES

**B. Other Rule 12(c) Confidential Information** – Set forth any narrative/text including Rule 12(c) confidential information that has been omitted from the above named documents, clearly indicating the _document name_ for each narrative/text provided.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I state that on this date I am ☐ e-serving through the court's electronic filing system, or ☐ mailing by U.S. mail, or ☐ hand-delivering a copy of this document to:

_____  or  _____
Other party                                                  Other party's attorney

☐ **Check here if you are attaching additional pages which include Rule 12(c) confidential information. Note: Upload any additional pages as part of this form and NOT as a separate document. Select Confidential Information Sheet for Electronically Filed Cases as the name of form to be uploaded.**

The information contained in this pleading is true to the best of my knowledge and belief. I understand that making a false statement in this pleading may subject me to criminal penalties.

**Hans Hug, Jr**
Name

_____
Law Firm            Bar ID # of attorney

**9 Myrtle Street**
Address

**Exeter, NH 03833**
City          State          Zip code

_/s/ Hans Hug, Jr_                   8/18/22
Signature                                Date

**(617) 513-2778**
Telephone

**hhug@apache1.net**
E-mail